QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Google Inc. and
AOL LLC

FILED 2009 AUG 28 AM 11:40 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC. and AOL LLC,<br><br>Defendants. | CASE NO.: **CV09-6283 GAF (CTx)**<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANT AOL LLC'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**<br><br>Crtrm.:<br>Judge:<br>Hrg. Date:<br>Hrg. Time: |

1     The undersigned, counsel of record for Defendant AOL LLC, certifies that the
2 following listed party (or parties) may have a pecuniary interest in the outcome of
3 this case:
4     Defendant AOL LLC ("AOL") hereby states that it is a wholly owned
5 subsidiary of AOL Holdings, LLC, which is a subsidiary of TW AOL Holdings Inc.,
6 which is a subsidiary of Time Warner Inc. Time Warner Inc. owns 10% or more of
7 TW AOL Holdings Inc.
8     Defendant America Online, Inc. hereby states that it is a wholly owned
9 subsidiary of Time Warner Inc., a publicly held corporation, which itself has no
10 parent corporation.
11     These representations are made to enable the Court to evaluate possible
12 disqualification or recusal.

DATED: August 25, 2009     Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ David A. Perlson
    David A. Perlson

Attorneys for Defendant AOL LLC