QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Google Inc. and
AOL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | CASE NO.: **CV09 -6283 GAF (CTx)** <br><br> **DISCOVERY MATTER** <br><br> **DEFENDANT GOOGLE INC.'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** <br><br> Crtrm.: <br> Judge: <br> Hrg. Date: <br> Hrg. Time: |

1     The undersigned, counsel of record for Defendant Google Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case:

    Defendant Google Inc. declares that it is a publicly traded company. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

    These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: August 25, 2009         Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _David A. Perlson_
    David A. Perlson

Attorneys for Defendant Google Inc.