QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
    davidperlson@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
    jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Google Inc. and AOL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE PRICING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC. and AOL LLC,<br><br>Defendants. | CASE NO.: **CV09-6283 GAF (CTx)**<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE**<br><br>Crtrm.:<br>Judge:<br>Hrg. Date:<br>Hrg. Time: |

FILED 2009 AUG 28 AM 11:47 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1301 West 2nd Street, Suite 101, Los Angeles, CA 90026.

On August 28, 2009, I served true copies of the following document (s) described as.

1. **DEFENDANT GOOGLE INC. AND AOL LLC'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP LLC**

2. **JOINT STIPULATION REGARDING DEFENDANT GOOGLE INC. AND AOL LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP, LLP**

3. **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

4. **DEFENDANT GOOGLE INC.'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**

5. **DEFENDANT AOL LLC'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**

6. **DECLARATION OF EMILY C. O'BRIEN IN SUPPORT OF DEFENDANT GOOGLE INC. AND AOL LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP LLC**

7. **DECLARATION OF CHRISTIN CHO IN SUPPORT OF COHEN'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**

8. **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC. AND AOL LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP, LLP**

9. **CIVIL CASE COVER SHEET**

on the interested parties in this action as follows:

Greg Dovel
Christin Cho
Dovel & Luner LLP
201 Santa Monica Boulevard, Suite 600
Santa Monica, CA 90401

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

1  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

2  Executed on August 28, 2009, at San Francisco, California.

*/s/ Jason Lomelin*
Messenger
JASON LOMELIN

-3-