Quinn Emanuel Urquhart Oliver & Hedges, LLP
Charles K. Verhoeven (Bar No. 170751)
David A. Perlson (Bar No. 209502)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Performance Pricing, Inc. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 09-6283 MMM (CTx) |
| v. | |
| Google Inc. and AOL LLC | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Application to File Under Seal; Proposed Order; Supplemental Memorandum in Support of Defendants' Motion to Compel Production of Documents; Supplemental Memorandum of Emily C. O'Brien in Support of Defendants' Motion to Compel.

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Application to File Under Seal; Proposed Order; Supplemental Memorandum in Support of Defendants' Motion to Compel Production of Documents; Supplemental Memorandum of Emily C. O'Brien in Support of Defendants' Motion to Compel.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
   Pursuant to Protective Order

| September 4, 2009 | Emily C. O'Brien |
|---|---|
| Date | Attorney Name |
| | Defendants Google Inc. and AOL LLC |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                      **NOTICE OF MANUAL FILING**