1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Jennifer A. Kash (Bar No. 203679)
4  jenniferkash@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111
   Telephone: (415) 875-6600
6  Facsimile: (415) 875-6700

7
   Attorneys for Defendant Google Inc. and
8  AOL LLC

9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11

12  PERFORMANCE PRICING, INC.,         | CASE NO.: CV 09-6283 MMM (CTx)
13           Plaintiff,
14      vs.                            | **DISCOVERY MATTER**
15  GOOGLE INC. and AOL LLC,           | **[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION OF EMILY C. O'BRIEN IN SUPPORT OF DEFENDANT GOOGLE INC. AND AOL LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP LLC**
16           Defendants.
17
18
19
20
21                                      | Crtrm.: Roybal- 780
                                        | Judge: Margaret M. Morrow
22                                      | Hrg. Date: September 21, 2009
                                        | Hrg. Time: 9:30 a.m.
23

01002.51305/3089044.1
                                                    CASE NO. CV09-6283-MMM (CTx)
[PUBLIC REDACTED] SUPPLEMENTAL DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL

# DECLARATION OF EMILY C. O'BRIEN

I, Emily C. O'Brien, declare and state as follows:

1. I am an associate of the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP and represent Defendants AOL LLC and Google Inc. in this action. This declaration is made in support of Defendant Google Inc. and AOL LLC's Motion to Compel Production of Documents. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2. Attached hereto as Exhibit Q is a true and accurate copy of the Exclusive License Agreement between Wayne Lin and Acacia Patent Acquisition Corporation, produced by Plaintiff at bates numbers P 02733-02749. This exhibit was designated "Confidential-Attorneys' Eyes Only" by Plaintiff under the protective order entered in *Performance Pricing, Inc. v. Google Inc. et al.*, Case No. 2:07-cv-432 (LED) (Eastern District of Texas).

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States of |
| 2 | America that the foregoing is true and correct. |
| 3 | |
| 4 | Executed on September 4, 2009 at San Francisco, California. |
| 5 | |
| 6 | /s/ Emily C. O'Brien |
| 7 | Emily C. O'Brien |