# EXHIBIT Q

Filed Under Seal Pursuant to Local Rule 79-5