QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Google Inc. and AOL LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | CASE NO.: CV 09-6283 MMM (CTx) <br><br> **DISCOVERY MATTER** <br><br> **SECOND SUPPLEMENTAL DECLARATION OF EMILY C. O'BRIEN IN SUPPORT OF DEFENDANT GOOGLE INC. AND AOL LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP LLP** <br><br> Crtrm.: Roybal- 780 <br> Judge: Margaret M. Morrow <br> Hrg. Date: September 21, 2009 <br> Hrg. Time: 9:30 a.m. |

01002.51305/3088730.1

CASE NO. CV09-6283-MMM (CTx)
SECOND SUPPLEMENTAL DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL
Dockets.Justia.com

# DECLARATION OF EMILY C. O'BRIEN

I, Emily C. O'Brien, declare and state as follows:

1. I am an associate of the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP and represent Defendants AOL LLC and Google Inc. in this action. This declaration is made in support of Defendant Google Inc. and AOL LLC's Motion to Compel Production of Documents. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2. Attached hereto as Exhibit R is a true and accurate copy of the protective order entered in *Performance Pricing, Inc. v. Google Inc. et al.*, Case No. 2:07-cv-432 (LED) (Eastern District of Texas).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

          Executed on September 4, 2009 at San Francisco, California.

          /s/ Emily C. O'Brien
          Emily C. O'Brien