

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Google Inc. and
AOL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PERFORMANCE PRICING, INC., | CASE NO: CV 09-6283 MMM (CTx) |
|---|---|
| Plaintiff, | |
| vs. | **DISCOVERY MATTER** |
| GOOGLE INC. and AOL LLC, | PROOF OF PERSONAL SERVICE |
| Defendants. | Crtrm.: Roybal- 780<br>Judge: Margaret M. Morrow<br>Hrg. Date: September 21, 2009<br>Hrg. Time: 9:30 a.m. |

FILED 2009 SEP -4 PM 3:09 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY

01002.51305/3088401.1

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On September 4, 2009, I served true copies of the following document(s) described as:

1. **APPLICATION TO FILE UNDER SEAL DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP, LLP, AND THE SUPPLEMENTAL DECLARATION OF EMILY C. O'BRIEN IN SUPPORT OF DEFENDANTS' MOTION;**

2. **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC. AND AOL LLC'S APPLICATION TO FILE UNDER SEAL DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP, LLP, AND THE SUPPLEMENTAL DECLARATION OF EMILY C. O'BRIEN IN SUPPORT OF DEFENDANTS' MOTION;**

3. **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP, LLP [FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];**

4. **SUPPLEMENTAL DECLARATION OF EMILY C. O'BRIEN IN SUPPORT OF DEFENDANT GOOGLE INC. AND AOL LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP LLC [FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]; and**

on the interested parties in this action as follows:

|   |   |
|---|---|
| 1 | Greg Dovel |
| 2 | Christin Cho<br>Dovel & Luner LLP |
| 3 | 201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401 |
| 4 | email: greg@dovellaw.com<br>(310) 656-7066 tel |
| 5 | (310) 656-7069 fax |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 4, 2009, at Los Angeles, California.

_____
Dave Quintana