Performance Pricing, Inc. v. Google Inc. et al                                                                              Doc. 16

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-06283-FMC-CTx | Date | September 8, 2009 |
|---|---|---|---|
| Title | Performance Pricing Inc v. Google Inc et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not present    Not present

**Proceedings:**   ORDER ON TRANSFER OF CASE TO JUDGE COOPER
and ORDER CONTINUING MOTION HEARING DATE  (In Chambers)

This action has been reassigned to the HONORABLE FLORENCE-MARIE COOPER, United States District Judge.  Please substitute the initials FMC in place of the initials MMM.  The case number will now read: **2:09-cv-06283-FMC-CTx**.  Henceforth, it is imperative that the initials FMC be used on all documents to prevent any delays in processing of documents.

Judge Cooper's courtroom deputy clerk is Alicia Mamer and can be reached at (213) 894-1782.  Judge Cooper's courtroom is located on the 7th floor of the Roybal Federal Building, Courtroom # 750. **Additional information about Judge Cooper's procedures (INCLUDING MOTION BRIEFING SCHEDULE) can be found on her website profile ( at www.cacd.uscourts.gov.** The Court will entertain appearances by telephone for all status conferences, scheduling conferences and oral argument on motions.  *If you wish to appear by telephone, you must:*

(i)   notify the clerk at least two days in advance of **each appearance date**
(ii)  provide the clerk with the telephone number at which the Court can reach you (land lines, only; no cellular  phones)
(iii) agree to be available at that number for up to one hour from the time of the scheduled appearance

Beginning January 1, 2008, counsel shall e-file all criminal and civil filings for JUDGE COOPER pursuant to Federal Rules of Civil Procedure 5(d)(3), Local Rule 5-4, and General Orders 06-07, 08-03, as follows:

Step 1:  All non-signature items shall be E-FILED in pdf format.  All proposed signature items shall be E-FILED as an attachment to the main document in pdf format.

Step 2:  All proposed signature items shall be E-MAILED to the chambers email address at

fmc_(underscore)chambers@cacd.uscourts.gov

in Word or Word Perfect format.  ONLY proposed signature items  should be emailed to the chambers' email address.  Please do NOT email other associated documents, and do NOT use this email address for communication with the Court or the Clerk.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-06283-FMC-CTx | Date | September 8, 2009 |
|---|---|---|---|
| Title | Performance Pricing Inc v. Google Inc et al | | |

Step 3: A MANDATORY PAPER COPY of all e-filed documents shall be delivered to the DROP BOX OUTSIDE THE CLERK'S OFFICE IN THE ROYBAL FEDERAL BUILDING

(FIRST FLOOR, SUITE 181-L) no later than 12:00 noon the business day following any electronic filing or on the same day, if priority processing is being requested. They must comply with Local Rule 11-3 and be blue-backed, proper font size, page numbering, tabbing, etc. Each document must be prominently labeled, "CHAMBERS COPY" on the front page. All copies delivered to the courtesy bin shall have the notice of E-filing attached to the *back* of the document. DO NOT PLACE THESE COPIES IN ENVELOPES.

*FOR UNDER SEAL FILINGS*

Process documents the traditional way (ORIGINAL PLUS ONE COPY OF EACH UNDER SEAL ITEM AND AN ENVELOPE FOR EACH ITEM, UNSEALED), but attach Notice of Manual Filing. DO NOT DELIVER COURTESY COPIES. DO NOT SEND THESE DOCUMENTS TO THE CHAMBERS EMAIL ADDRESS.

A **Pro Se Clinic** is now available for litigants representing themselves. It offers on-site information and guidance. The Clinic is open Mondays, Wednesdays and Fridays from 10:00 a.m. to 4:00 p.m. It is located at The U. S. Courthouse, 312 N Spring Street, Room 525 (fifth floor), Los Angeles, CA 90012. For more information, call 213-385-2977 ext 270.

**XX** **The MOTION to Compel Production of Documents by Third Parties Neal Cohen and Vista IP Law Group LLC filed by Defendants [1] is continued for hearing to October 19, 2009 at 10:00 a.m. with Judge Cooper.**

| | : | N/A |
|---|---|---|
| Initials of Preparer | | AM |