QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Google Inc. and
AOL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br> Plaintiff, <br> vs. <br> GOOGLE INC. and AOL LLC, <br> Defendants. | CASE NO: CV 09-6283 MMM (CTx) <br><br> **DISCOVERY MATTER** <br><br> **APPLICATION TO FILE UNDER SEAL DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP, LLP, AND THE SUPPLEMENTAL DECLARATION OF EMILY C. O'BRIEN IN SUPPORT OF DEFENDANTS' MOTION** <br><br> Crtrm.: Roybal- 780 <br> Judge: Margaret M. Morrow <br> Hrg. Date: September 21, 2009 <br> Hrg. Time: 9:30 a.m. |

Pursuant to Local Rule 79-5.1, Defendants AOL LLC and Google Inc. ("Defendants"), by and through its counsel, Quinn Emanuel, hereby respectfully request that the Court order filed under seal Defendants' Supplemental Memorandum in Support of Defendants' Motion to Compel Production by Third Parties Neal Cohen and Vista IP Law Group, LLP, and the Supplemental Declaration of Emily C. O'Brien in Support of Defendants' Motion.

The memorandum and exhibit to the O'Brien Declaration contain information that the parties have designated confidential under the protective order. Accordingly, Defendants request that the Court order the Memorandum and Supplemental Declaration filed under seal.

DATED: September 4, 2009

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Emily C. O'Brien
Emily C. O'Brien

Attorneys for Defendants AOL LLC and Google Inc.