QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Google Inc. and AOL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE PRICING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC. and AOL LLC, <br><br> Defendants. | CASE NO.: CV 09-6283 MMM (CTx) <br><br> [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC. AND AOL LLC'S APPLICATION TO FILE UNDER SEAL DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION BY THIRD PARTIES NEAL COHEN AND VISTA IP LAW GROUP, LLP, AND THE SUPPLEMENTAL DECLARATION OF EMILY C. O'BRIEN IN SUPPORT OF DEFENDANTS' MOTION <br><br> Crtrm.: Roybal- 780 <br> Judge: Margaret M. Morrow <br> Hrg. Date: September 21, 2009 <br> Hrg. Time: 9:30 a.m. |

Based on Defendant Google Inc. and AOL LLC's Application to File Defendants' Supplemental Memorandum in Support of Defendants' Motion to Compel Production by Third Parties Neal Cohen and Vista IP Law Group, LLP, and the Supplemental Declaration of Emily C. O'Brien in Support of Defendants' Motion under seal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Defendants' Supplemental Memorandum in Support of Defendants' Motion to Compel Production by Third Parties Neal Cohen and Vista IP Law Group, LLP, the Supplemental Declaration of Emily C. O'Brien in Support of Defendants' Motion, and exhibit to the Supplemental O'Brien Declaration are ORDERED filed under seal pursuant to Local Rule 79-5.1.

IT IS ORDERED.

DATED: 9/4/09

_____
Honorable ~~Margaret M. Morrow~~ FLORENCE-MARIE COOPER
United States District Court Judge

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _Emily C. O'Brien_
   Emily C. O'Brien
   Attorney for Defendants