# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-06283-FMC-CTx | Date | September 18, 2009 |
|---|---|---|---|
| Title | Performance Pricing Inc v. Google Inc et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER |  |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER REFERRING MOTION TO MAGISTRATE JUDGE TURCHIN
(In Chambers)

This Court hereby refers the MOTION to Compel Production of Documents by Third Parties [1] to Magistrate Judge Carolyn Turchin. The October 19, 2009 date with Judge Cooper is VACATED.

:  N/A

Initials of Preparer    AM