

FILED
CLERK, U.S. DISTRICT COURT
DEC 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the Calendar ) ORDER OF THE CHIEF JUDGE
)
of ) 09-074
)
Judge JACQUELINE HONG-NGOC NGUYEN )

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge Florence-Marie Cooper to the calendar of Judge Jacqueline Hong-Ngoc Nguyen for all further proceedings:

| CV | 97 | 03531 | FMC | Noel Jackson v. Arthur Calderon |
| CV | 98 | 08700 | FMC(MANx) | USA v. 51 Poppy Hills Road |
| CV | 00 | 11507 | FMC(SHx) | L L Benas v. Leroy Baca, et al |
| CV | 02 | 02929 | FMC(RZx) | Christopher G L, et al v. Los Angeles City, et al |
| CV | 02 | 09421 | FMC(CW) | Reginald Owens v. A A Lamarque |
| CV | 02 | 09890 | FMC(AJW) | Keith Jamerson v. Gail Lewis |
| CV | 03 | 02783 | FMC(CW) | Timothy M Martel v. Anthony Lamarque |
| CV | 03 | 05986 | FMC(PJWx) | Donald Johnson v. James D Aljian, et al |
| CV | 04 | 04840 | FMC(CW) | Maurice Walker v. A K Scribner |
| CV | 04 | 08406 | FMC(RZ) | Jarek Molski v. Taco Bell Corp et al |
| CV | 04 | 08763 | FMC(JTLx) | Seal 1 et al v. Seal A et al |
| CV | 05 | 01485 | FMC(AJWx) | Kissandra Cohen v. Anthony Pellicano et al |
| CV | 05 | 01795 | FMC(Mcx) | Imax Corporation et al v. In-Three Inc |
| CV | 05 | 02091 | FMC(CW) | Melvin Andrew Jones v. Melvin Hunter |
| CV | 05 | 03340 | FMC(MAN) | Catalino Garcia v. Thomas E Vaughn |
| CV | 05 | 05990 | FMC(VBK) | Gerran L Samuel v. Jeanne Woodford et al |

| Case Number | Judge Code | Case Title |
|---|---|---|
| CV 05 06800 | FMC(JC) | Withers v. Giurbino |
| CV 05 07439 | FMC(OP) | Guillermo Garcia v. James A Yates |
| CV 05 07702 | FMC(VBK) | Gerran Samuel v. Jeanne Woodford |
| CV 05 08843 | FMC(FMOx) | Darryl J Quarles v. Twentieth Century Fox Film Corporation et al |
| CV 06 01170 | FMC(SHx) | Matrix Content Inc et al v. Metro Studios Inc et al |
| CV 06 02200 | FMC(JWJx) | IPS Ltd v. Aviza Technology Inc |
| CV 06 02328 | FMC(AJWx) | Ronald Rubinoff v. Ameriprise Financial Services Inc et al |
| CV 06 03749 | FMC(Ex) | Lorraine Fischer Skinner v. Best Buy Co Inc et al |
| CV 06 04163 | FMC(CWx) | Ellen Longstreth v. Bausch and Lomb Incoprated |
| CV 06 04966 | FMC(FFMx) | Securities and Exchange Commission v. Jon W James et al |
| CV 06 07266 | FMC(RZx) | Paul Baldonado v. United States of America |
| CV 06 07938 | FMC(AGR) | Ernest Howard v. Kathy Mendoza-Powers |
| CV 06 08228 | FMC(CW) | Khuong V Wang v. Robert Hernandez |
| CV 07 00171 | FMC(AJWx) | Michael Bateman v. American Multi Cinema Inc et al |
| CV 07 00519 | FMC | Robert Paul Wilson v. Robert L. Ayers, Warden |
| CV 07 00609 | FMC(RCx) | Sandra Miranda v. Thomas C Hokinson et al |
| CV 07 00799 | FMC(AJWx) | Conrad Klein et al v. Anthony Pellicano et al |
| CV 07 00864 | FMC(PJW) | Bernard Lee Smith v. John Marshall |
| CV 07 02305 | FMC(CWx) | Bertha Mercado, et al v. Gate Gourmet Inc et al |
| CV 07 02307 | FMC(PLAx) | Safety Syringes, Inc. v. Plastef Investissements |
| CV 07 02498 | FMC(RCx) | Shannonn Paige v. Consumer Programs Inc et al |
| CV 07 02693 | FMC(FFMx) | In re Fremont General Corporation Litigation |
| CV 07 02855 | FMC(PJW) | Ryan J Sullivan v. Gil Tolentino et al |
| CV 07 02956 | FMC(RZx) | The Estate of Christopher G.L. Wallace et al v. City of Los Angeles et al |
| CV 07 03357 | FMC(AJW) | Manjit Singh Jandu v. John F Salazar |
| CV 07 03537 | FMC(VBKx) | Karen Herbert et al v. Endemol USA Inc et al |
| CV 07 03638 | FMC(JC) | Dennis B Clay v. D K Sisto |
| CV 07 03643 | FMC(VBKx) | Cynthia Cunningham v. Endemol USA Inc et al |

| | | | |
|---|---|---|---|
| CV | 07 | 03647 | FMC(VBKx) | Cheryl Bentley et al v. NBC Universal Inc et al |
| CV | 07 | 03690 | FMC(FFM) | Arturo Garcia v. M Knowles |
| CV | 07 | 03879 | FMC(CWx) | Patricia Struthers v. Gate Safe, Inc et al |
| CV | 07 | 03916 | FMC(VBKx) | Darlene Couch v. Telescope Inc et al |
| CV | 07 | 04180 | FMC(JC) | Shawne Fletcher v. Lee Baca et al |
| CV | 07 | 04865 | FMC(JCx) | Patrick A Copeland et al v. MCI Communication Services Inc et al |
| CV | 07 | 05239 | FMC(JEM) | Mark Gracia v. M.A.R. Committee |
| CV | 07 | 05326 | FMC(Ex) | Cynthia Flores v. CVS Pharmacy, Inc et al |
| CV | 07 | 05406 | FMC(OP) | Jian Hui Li v. Michael Chertoff et al |
| CV | 07 | 05756 | FMC(FFMx) | New York State Teachers' Retirement Systems v. Fremont General Corporation et al |
| CV | 07 | 06152 | FMC(FFMx) | Patricia C Matthews v. Fremont General Corporation et al |
| CV | 07 | 06465 | FMC(VBKx) | John Murphy v. Directv, Inc. et al |
| CV | 07 | 07746 | FMC(RC) | Miguel Orozco v. Ken Clark |
| CV | 07 | 07835 | FMC(RCx) | Gladys Mily Casanova Alcalde v. Nancy Amparo Cueva et al |
| CV | 07 | 08031 | FMC(VBK) | Proncell Foster v. S. Berry et al |
| CV | 07 | 08044 | FMC(VBKx) | Michael Glass et al v. NBC Universal, Inc. et al |
| CV | 07 | 08122 | FMC(VBKx) | Mark Snelson v. Endemol USA, Inc. et al |
| CV | 07 | 08196 | FMC(VBKx) | Amanda Miller et al v. Upper Ground Enterprises, Inc. et al |
| CV | 07 | 08244 | FMC(PJWx) | Tect Aerospace, Inc. v. Sierra Alloys Co., Inc. |
| CV | 07 | 08336 | FMC(FMOx) | Gerardo Ortega et al v. J. B. Hunt Transport, Inc. et al |
| CV | 08 | 00052 | FMC(JC) | Serrato Jose Ramos v. James A Yates |
| CV | 08 | 00100 | FMC(AJWx) | Rocco Lombardi v. Alphonso R Jackson et al |
| CV | 08 | 00137 | FMC(PJWx) | Jason J. Spainhower v. U.S. Bank National Association et al |
| CV | 08 | 00459 | FMC(SS) | Manuel Sillas v. Debra Dexter |
| CV | 08 | 00555 | FMC(AJW) | Jaymar A Dodds v. A. Hedgepath |
| CV | 08 | 00906 | FMC(VBKx) | Greg Masters v. Directv, Inc. et al |

| | | | |
|---|---|---|---|
| CV | 08 | 01408 | FMC(SSx) | Jesse Drenckhahn v. Costco Wholsale Corporation et al |
| CV | 08 | 01558 | FMC(VBKx) | Charlotte Welch et al v. Directv, Inc. et al |
| CV | 08 | 01893 | FMC(VBKx) | Victor Greenwood et al v. Verizon Wireless Telecom, Inc. et al |
| CV | 08 | 01962 | FMC(VBKx) | Victor Greenwood et al v. Sprint Spectrum LP |
| CV | 08 | 02013 | FMC(JWJx) | Carrie Ward v. Costco Wholesale Corporation et al |
| CV | 08 | 02028 | FMC(PLA) | Daniel Trebas v. Jon DeMorales |
| CV | 08 | 02277 | FMC(E) | Gregory Ell Shehee v. Larry Baca et al |
| CV | 08 | 02475 | FMC(PLA) | Jamie Michael Escalera v. State of California |
| CV | 08 | 02947 | FMC(PJWx) | Atlantic Inertial Systems Inc. v. Condor Pacific Industries of California, Inc. et al |
| CV | 08 | 03034 | FMC(CWx) | Los Angeles Turf Club, Incorporated v. Cushion Track Footing USA, LLC et al |
| CV | 08 | 03213 | FMC(PLA) | Tello Shahbazi v. Michael J Astrue |
| CV | 08 | 03257 | FMC(PJW) | Anthony T. Herod v. Larry Scribner |
| CV | 08 | 03460 | FMC(CWx) | Willie J. Causey Jr. v. BNC Mortgage, Inc. et al |
| CV | 08 | 03508 | FMC(JCx) | LA Printex Industries, Inc. v. J.C. Penney Company, Inc. et al |
| CV | 08 | 03828 | FMC(JTLx) | John D McNamara et al v. City of Hope National Medical Center et al |
| CV | 08 | 03872 | FMC(FMOx) | Roxbury Entertainment v. Penthouse Media Group, Inc. et al |
| CV | 08 | 04135 | FMC(JC) | Reginald Howard v. T. Felker |
| CV | 08 | 04272 | FMC(CTx) | The CIT Group/Commercial Services, Inc. v. Western Nonwovens, Inc. |
| CV | 08 | 04481 | FMC(JC) | Tavares Stefin v. Tom Felker |
| CV | 08 | 04514 | FMC(MAN) | John Salazar v. Larry Small |
| CV | 08 | 04669 | FMC(SHx) | United States of America et al v. Kmart Corporation |
| CV | 08 | 05041 | FMC(SHx) | Sharon Krueger v. Aetna Life Insurance Company et al |
| CV | 08 | 05058 | FMC(RZx) | Deborah Fink v. NBTY, Inc. et al |
| CV | 08 | 05115 | FMC(AJW) | Luis M. Gomez v. Michael J. Astrue |
| CV | 08 | 05193 | FMC(PLAx) | Velma White et al v. National Railroad Passenger Corporation et al |

| | | | |
|---|---|---|---|
| CV | 08 05297 | FMC(FMO) | Myron A. Payne v. Derral G. Adams |
| CV | 08 05322 | FMC(CWx) | American National Trading Corp. v. Bank of New York et al |
| CV | 08 05389 | FMC(OP) | An T. Nguyen v. Michael Evans |
| CV | 08 05520 | FMC(VBK) | Gerran LeReace Samuel v. Ken Clark |
| CV | 08 05786 | FMC(AGRx) | James Dees v. City of Los Angeles et al |
| CV | 08 06013 | FMC(CW) | Raymond McClendon v. A. Hedgpeth |
| CV | 08 06074 | FMC(SSx) | Central Diagnostic Imaging Network, Inc. v. Philips Medical Systems, Inc. et al |
| CV | 08 06329 | FMC(VBKx) | Benjamin Sy et al v. Eva Airways Corporation |
| CV | 08 06586 | FMC(AGRx) | Estate of E.H. et al v. City of Pasadena et al |
| CV | 08 06858 | FMC(JTLx) | Jennifer A. Marcus v. City of Los Angeles et al |
| CV | 08 06916 | FMC(CWx) | Allie Mendoza v. Bear Stearns Residential Mortgage Corporation et al |
| CV | 08 06998 | FMC(SS) | James E. Crittenden v. Debra Dexter |
| CV | 08 07257 | FMC(AJWx) | Paul Triplett v. City of San Bernardino et al |
| CV | 08 07422 | FMC(JCx) | ITC Textile, Lt. v. Wal-Mart Stores, Inc. et al |
| CV | 08 07485 | FMC(JC) | Johnathan T. Bolden v. Los Angeles County Superior Court |
| CV | 08 07491 | FMC(RCx) | Claude K. Richardson v. John E. Potter |
| CV | 08 07610 | FMC(AGR) | Theodore John Edgin, Jr. v. Ahrari |
| CV | 08 07628 | FMC(CTx) | State Farm Mutual Automobile Insurance Company v. United States Postal Service |
| CV | 08 07752 | FMC(VBKx) | Kenneth K. Holtzclaw v. Velocity Investments, L.L.C. et al |
| CV | 08 07805 | FMC(JTLx) | United States of America v. Robert J. Reed et al |
| CV | 08 07844 | FMC(AGRx) | Robert G. Perrin et al v. Southwest Water Company et al |
| CV | 08 07943 | FMC(RZ) | Koray Rice v. M. McDonald |
| CV | 08 08055 | FMC(JCx) | Air Dimensional Design, Inc. v. Skydancers, Inc. et al |
| CV | 08 08057 | FMC(Ex) | K-Swiss Inc. v. JEAir Shoes Inc. et al |
| CV | 08 08184 | FMC(RCx) | Vander Music Inc. v. Azteca International Corporation |
| CV | 08 08189 | FMC(CWx) | Connie Arnold v. Radisson Hotel Chatsworth et al |

| | | | |
|---|---|---|---|
| CV | 08 | 08199 | FMC(JEM) | Edward Jordan v. Ken Clark |
| CV | 08 | 08215 | FMC(PLAx) | American Psychological Association et al v. Course Reader Material et al |
| CV | 08 | 08273 | FMC(SHx) | Amanda Bragole v. Hollister Company et al |
| CV | 08 | 08347 | FMC(PJW) | Mark Frederick Cumbess v. D.K. Sisto |
| CV | 09 | 00149 | FMC(FFM) | Nemat Asgari et al v. R. Meyers et al |
| CV | 09 | 00310 | FMC(JWJx) | Nadeem Mirza v. City of Los Angeles Police Department et al |
| CV | 09 | 00349 | FMC(FFMx) | Gloria Meraz v. The Home Depot USA, Inc. et al |
| CV | 09 | 00401 | FMC(PJWx) | Blackwell Publishing, Inc. et al v. The Alternative Copy Shop, Inc. et al |
| CV | 09 | 00449 | FMC(PJW) | Sergio Ginez v. Kelly Harrington |
| CV | 09 | 00483 | FMC(RZx) | Martin Markowitz et al v. Diversified Lending Group, Inc |
| CV | 09 | 00582 | FMC(DTB) | Ildebrando Castro vs. D.K. Sisto |
| CV | 09 | 00594 | FMC(RCx) | Tony Duquette, Inc. et al v. Michael Kors (USA), Inc. |
| CV | 09 | 00713 | FMC(FMOx) | Travis White v. County of San Bernardino et al |
| CV | 09 | 00735 | FMC(JWJx) | DWB Holding Company et al v. Evolution Market Group, Inc. et al |
| CV | 09 | 01046 | FMC(Ex) | Mitchell Block v. Maro Chermayeff et al |
| CV | 09 | 01107 | FMC(RZx) | Chiyeko Paysinger v. Santander Consumer USA Inc. |
| CV | 09 | 01201 | FMC(PLAx) | Marcelo Grasso et al v. State of California et al |
| CV | 09 | 01230 | FMC(Ex) | Starbucks Corporation v. Hanjin Shipping Co. Ltd et al |
| CV | 09 | 01251 | FMC(FMOx) | Chanel, Inc. v. Shem Weissman, et al |
| CV | 09 | 01270 | FMC(JTLx) | James Grandy v. United States of America |
| CV | 09 | 01307 | FMC(PJWx) | Jessica Hardy v. Advocare International, L.P. et al |
| CV | 09 | 01385 | FMC(CTx) | Mrinmoyee Dutta v. Experian Information Solutions, Inc. et al |
| CV | 09 | 01550 | FMC(JEM) | Rolando Rodriguez v. Francisco Jacquez |
| CV | 09 | 01573 | FMC(PJW) | Danny Charles Barnes Jr. v. Warden |
| CV | 09 | 01574 | FMC(AGRx) | United States of America et al v. Votaw Precision Technologies |

| | | | |
|---|---|---|---|
| CV | 09 | 01803 | FMC(Ex) | Spintek USA Inc v. Spintek Filtration Inc. |
| CV | 09 | 01887 | FMC(JCx) | United States of America v. Assorted Firearms, Motorcycles and Other Personal Property |
| CV | 09 | 01899 | FMC(FFMx) | Alisa Ann Cipriano v. Brachfeld and Associates |
| CV | 09 | 01925 | FMC(JTLx) | Trustees of the Southern California IBEW-NECA Pension Plan et al v. Feiz Electric |
| CV | 09 | 01954 | FMC(MANx) | Mike M. Kazemi v. Hartford Life and Accident Insurance Company et al |
| CV | 09 | 02079 | FMC(JTLx) | In Suk Jang v. IndyMac Bank, F.S.B. et al |
| CV | 09 | 02116 | FMC(AJWx) | David Folck v. Farmers Group, Inc. Employees Profit Sharing Savings Plan Trust et al |
| CV | 09 | 02148 | FMC(Ex) | Afif Ayoub et al v. U.S. Department of Homeland Security, Citizenship and Immigration Services |
| CV | 09 | 02200 | FMC(DTB) | Jesus Rivas v. John W. Hariland |
| CV | 09 | 02207 | FMC(SSx) | Jolie Wheeler v. M..A.C. Cosmetics Inc. et al |
| CV | 09 | 02222 | FMC(RZ) | Canesha Sherron Sinclair v. Mary Lattimore |
| CV | 09 | 02328 | FMC(AJWx) | Kai Win Chuang et al v. Linhsiang Liu et al |
| CV | 09 | 02453 | FMC(SSx) | Martin Diego Sanchez v. Home Depot USA, Inc. et al |
| CV | 09 | 02635 | FMC(AGRx) | Susan Carmona v. Discovery Benefits, Inc. et al |
| CV | 09 | 02697 | FMC(AGRx) | Shannon Crenshaw v. Bank Of America Corporation et al |
| CV | 09 | 02709 | FMC(JCx) | Securities and Exchange Commission v. David A. Williams et al |
| CV | 09 | 02750 | FMC(JCx) | Juan Hong v. Michael R. Arias et al |
| CV | 09 | 02869 | FMC(MANx) | Mario Rene Maldonado v. PLM Lender Service, Inc. et al |
| CV | 09 | 02912 | FMC(DTB) | Demetrius Browner v. Francisco Jacquez |
| CV | 09 | 02940 | FMC(FMOx) | Michelle Lyons v. United States Post Office |
| CV | 09 | 03121 | FMC(AGRx) | Margie Holman et al v. Federal Deposit Insurance Corporation et al |
| CV | 09 | 03159 | FMC(RZx) | Masako J. Taylor v. Christopher J. Scolese et al |
| CV | 09 | 03212 | FMC(JEM) | Javier Ordonez v. F. Gonzalez |

| | | | |
|---|---|---|---|
| CV | 09 | 03224 | FMC(FMOx) | Alejandro Abaoag et al v. IndyMac Federal Bank, F.S.B. et al |
| CV | 09 | 03226 | FMC(VBKx) | Shel Bachrach v. ADT Security Services, Inc. et al |
| CV | 09 | 03312 | FMC(AJWx) | Alfredo Galicia v. State Compensation Insurance Fund et al |
| CV | 09 | 03342 | FMC(VBKx) | Erez David Abramovitch v. Apreva Financial Corp et al |
| CV | 09 | 03406 | FMC(RZ) | Edward Matthew Worsham v. Sheriff San Bernardino County |
| CV | 09 | 03422 | FMC(SSx) | Lee v. America's Wholesale Lender et al |
| CV | 09 | 03431 | FMC(OP) | Mario Lopez v. John Marshall |
| CV | 09 | 03434 | FMC(AJWx) | Harout Jarchafjian v. American Multi-Cinema, Inc. et al |
| CV | 09 | 03462 | FMC(PJWx) | Kratos Defense & Security, Inc. v. Federal Insurance Company et al |
| CV | 09 | 03763 | FMC(PJWx) | Dan Ayres v. E* Trade Securities LLC et al |
| CV | 09 | 03789 | FMC(FFMx) | Lehman Brothers Holdings, Inc. v. Genpact Mortgage Services, Inc. |
| CV | 09 | 03809 | FMC(RZx) | L.A. Printex Industries, Inc. v. Awake, Inc. et al |
| CV | 09 | 03883 | FMC(AJW) | Perris Lee v. Darryl Adams |
| CV | 09 | 03900 | FMC(CWx) | E.A. v. Tug Technologies Corporation et al |
| CV | 09 | 03904 | FMC(MANx) | Ming Lin v. Sing Tao Newspapers Los Angeles Ltd. et al |
| CV | 09 | 03925 | FMC(FMOx) | Lillian Garcia v. Wachovia Mortgage Corporation et al |
| CV | 09 | 03953 | FMC(SHx) | Renee Traylor-Maynard v. Veolia Transportation, Inc. et al |
| CV | 09 | 03970 | FMC(AJWx) | Rafael Guzman v. Federal Deposit Insurance Corporation et al |
| CV | 09 | 03998 | FMC(JWJx) | Board of Trustees of the I.A.T.S.E. Local 33 Health and Welfare Plan et al v. Tru-Roll, Inc. et al |
| CV | 09 | 04030 | FMC(OP) | Clarence Leonard Hearns v. K. Harrington |
| CV | 09 | 04049 | FMC(SSx) | Protech Wheel Industry Co. Ltd v. Velox Enterprise, Inc. et al |
| CV | 09 | 04344 | FMC(PJWx) | Fred Miller v. City of Los Angeles et al |
| CV | 09 | 04347 | FMC(JEM) | Paul Fontaine v. Brett Morgan |
| CV | 09 | 04382 | FMC(Ex) | Stephen Andrew Taub v. U.S. Surplus, Inc. et al |

| | | | |
|---|---|---|---|
| CV 09 04383 | FMC(AJWx) | Delores Gaines v. Humana, Inc. et al |
| CV 09 04583 | FMC(VBKx) | Lee R. Squier v. Trustmark Life Insurance Company et al |
| CV 09 04610 | FMC(RZx) | Lisa Tuyet Ma et al v. Eric H. Holder et al |
| CV 09 04651 | FMC(CW) | Mark Frice v. Michael J. Astrue |
| CV 09 04679 | FMC(OP) | James Bland v. Mike McDonald |
| CV 09 04683 | FMC(RC) | Linda Lee Smith v. Dawn Davison |
| CV 09 04719 | FMC(CWx) | Federal Trade Commission v. John Beck Amazing Profits, LLC et al |
| CV 09 04769 | FMC(PLAx) | Transquik, Inc. v. Freightco Logistics et al |
| CV 09 04834 | FMC(FMOx) | Jose Viera v. County of Los Angeles et al |
| CV 09 04922 | FMC(PJW) | Oscar Munoz, Jr. v. Debra Herndon |
| CV 09 04924 | FMC(JEMx) | Aderonke Lynda Adedeji v. Federal Deposit Insurance Corporation et al |
| CV 09 04976 | FMC(RZx) | Christopher York et al v. JPMorgan Chase & Co. et al |
| CV 09 04983 | FMC(RCx) | Board of Trustees of the San Diego Electrical Pension Trust et al v. Tri-Delta Electric, Inc. |
| CV 09 05033 | FMC(MANx) | Michelle Lee Hoyt v. The City of Simi Valley et al |
| CV 09 05068 | FMC(DTB) | Daniel Christopher Brown v. Domingo Uribe, Jr. |
| CV 09 05074 | FMC(AGR) | Hansel Terl Baber v. James D. Hartley |
| CV 09 05139 | FMC(JCx) | Amrita Prasad v. Kuldip Sahota et al |
| CV 09 05232 | FMC(CWx) | Rosemary Jo Ceravolo v. American Airlines, Inc et al |
| CV 09 05240 | FMC(RCx) | ING Bank, fsb v. Raymond S. Simmons et al |
| CV 09 05245 | FMC(RZx) | Amir Goldstein v. Collection Bureau of America, Ltd. |
| CV 09 05310 | FMC(AJWx) | Gabriel Deleon v. Nationstar Mortgage LLC et al |
| CV 09 05314 | FMC(FFMx) | Life Insurance Company of North America v. Philomene Simon et al |
| CV 09 05315 | FMC(Ex) | Victoria Wilson v. Blue Cross of California et al |
| CV 09 05338 | FMC(VBKx) | Rick Green et al v. Brad Challman et al |
| CV 09 05359 | FMC(PJWx) | Oscar Contreras v. Aurora Loan Service et al |
| CV 09 05362 | FMC(PLAx) | Eddie F. Franco et al v. City of Inglewood et al |
| CV 09 05492 | FMC(PJW) | Salomon G. Martinez v. Michael J. Astrue |

| | | | |
|---|---|---|---|
| CV | 09 | 05509 | FMC | Gunner Jay Lindberg v. Robert K Wong |
| CV | 09 | 05547 | FMC(AJWx) | Avak Saakian v. Fidelity Financial Group, Inc. et al |
| CV | 09 | 05559 | FMC(SSx) | United States of America v. $9,290.00 in U.S. Currency |
| CV | 09 | 05565 | FMC(MLGx) | Genaro Zendejas Morales et al v. Aramark Corporation et al |
| CV | 09 | 05588 | FMC(FFMx) | Alba Cole v. IndyMac Bank, F.S.B. et al |
| CV | 09 | 05862 | FMC(RZx) | Continental Casualty Company v. Diane Marie Cano |
| CV | 09 | 05893 | FMC(SH) | Gregory Watson v. M. Martel |
| CV | 09 | 05901 | FMC(JEMx) | Leon Olshever et al v. Citimortgage, Inc. et al |
| CV | 09 | 05929 | FMC(SHx) | Salt & Pepper Clothing, Inc. v. Oxford Circus Fashions, Inc. et al |
| CV | 09 | 05975 | FMC(Ex) | FKI PLC et al v. Composite Technology Corporation et al |
| CV | 09 | 05988 | FMC(CTx) | Ricardo Cendejas Jr. United States of America |
| CV | 09 | 06040 | FMC(PLAx) | Chris Kohler v. Coastline Food Services Corp. et al |
| CV | 09 | 06067 | FMC(JEMx) | United States of America v. One 1962 Chevrolet Impala Automobile Bearing VIN Number 21867F225930 |
| CV | 09 | 06103 | FMC(MLG) | Carson Turner v. Michael J. Astrue et al |
| CV | 09 | 06115 | FMC(PLA) | Darryl Dotson v. Domingo Uribe Jr. |
| CV | 09 | 06123 | FMC(AGRx) | Ellen Mason v. Bank of America Corporation et al |
| CV | 09 | 06243 | FMC(PLAx) | Liberia Castano v. ASL et al |
| *CV | 09 | 06283 | FMC(CTx) | Performance Pricing, Inc. v. Google Inc. et al |
| CV | 09 | 06371 | FMC(FFMx) | Rafael Wence v. Pregis Corporation et al |
| CV | 09 | 06428 | FMC(VBK) | Darrion Larry Alexander v. Ken Clark |
| CV | 09 | 06459 | FMC(CWx) | Jose Felix v. Baxter Healthcare Corp. et al |
| CV | 09 | 06484 | FMC(MLGx) | Blue Nissan Skyline Automobile et al v. U.S. Customs and Border Protection |
| CV | 09 | 06487 | FMC(VBKx) | United States of America v. 718 West Wilson Avenue Glendale, California 91203 et al |
| CV | 09 | 06508 | FMC(RZx) | Jean-Jacques Perrey et al v. Television S. A. de C.V. et al |
| CV | 09 | 06536 | FMC(AJWx) | Resveratrol Partners LLC v. John Mayne et al |

| | | | |
|---|---|---|---|
| CV | 09 | 06570 | FMC(FMOx) | Mike Chambers v. Nicholas Gutierrez |
| CV | 09 | 06586 | FMC(JEMx) | Zinobi Gerbs et al v. National City Mortgage et al |
| CV | 09 | 06710 | FMC(PLAx) | Baskin-Robbins Franchised Shops LLC et al v. Seung Y. Chong |
| CV | 09 | 06817 | FMC(AN) | Moises Manzano v. Ivan D. Clay |
| CV | 09 | 06831 | FMC(CWx) | Evangeline A. Romero v. Onewest Bank FSB et al |
| CV | 09 | 06839 | FMC(JCx) | G. B. v. American Airlines Inc. et al |
| CV | 09 | 06886 | FMC(AJWx) | Lighttools Inc. et al v. B & H Photo Video Pro Audio LLC et al |
| CV | 09 | 06887 | FMC(SSx) | Vincent P. Keenan et al v. Bank of America et al |
| CV | 09 | 06891 | FMC(AJWx) | Richard A. Clayton v. Fisher-Price Inc. |
| CV | 09 | 06893 | FMC(JEMx) | Suffolk Construction Company Inc. v. Aspen Insurance UK Limited et al |
| CV | 09 | 06922 | FMC(CWx) | Timothy Campbell v. Bank of America et al |
| CV | 09 | 06959 | FMC(RZx) | CDM Corp v. Metics LLC et al |
| CV | 09 | 07004 | FMC(PJWx) | Ceser Pena et al v. IndyMac Federal Bank, F.S.B. et al |
| CV | 09 | 07006 | FMC(PJWx) | Raymond B. Pollock v. Northrop Grumman Health Plan et al |
| CV | 09 | 07043 | FMC(JCx) | Hae Joung Lee v. Washington Mutual Bank FA et al |
| CV | 09 | 07106 | FMC(SSx) | Kenneth Edgar v. Credit Collection Services |
| CV | 09 | 07117 | FMC(CWx) | Marta Russell v. Malibu Country Mart et al |
| CV | 09 | 07301 | FMC | In Re Jack Kromberg |
| CV | 09 | 07311 | FMC(AJWx) | Gordon Niamatali v. United States of America et al |
| CV | 09 | 07314 | FMC(PJWx) | United States of America v. 9 Drums, More or Less, Containing Cistanche Deserticola, Import from the People's Republic of China |
| CV | 09 | 07325 | FMC(OP) | Kevin Joseph Lee v. James A. Yates |
| CV | 09 | 07367 | FMC(JCx) | Steve Clarkson v. Debartolo Sports University, LLC et al |
| CV | 09 | 07370 | FMC(CWx) | Infomercial Ventures Partnership v. CBS Broadcasting, Inc. et al |
| CV | 09 | 07406 | FMC(JCx) | Ulysses Felix v. American Red Cross et al |
| CV | 09 | 07539 | FMC(FMO) | Frederick Lee Johnson v. Larry Small, Warden |

| | | | |
|---|---|---|---|
| CV | 09 | 07542 | FMC(FFMx) | Lucky Kim International Inc. et al v. I & J Ltd. et al |
| CV | 09 | 07610 | FMC(DTBx) | Amlin Corporate Insurance v. BNSF Railway Company |
| CV | 09 | 07645 | FMC(PLAx) | Robert Middleton v. Paragon Systems, Inc. et al |
| CV | 09 | 07655 | FMC(PJWx) | RWI Transportation, LLC v. Red Chamber Co. et al |
| CV | 09 | 07688 | FMC(PLAx) | City Fashion Express, Inc. v. Big M, Inc. et al |
| CV | 09 | 07755 | FMC(CTx) | Carla Paglia v. IC Systems, Inc. |
| CV | 09 | 07831 | FMC(JCx) | Barry Rosen v. Internap Network Services Corporation et al |
| CV | 09 | 07840 | FMC(MLGx) | Bright Imperial Limited v. Web Entertainment Group Inc et al |
| CV | 09 | 07848 | FMC | In re Betsy Warren Lebbos |
| CV | 09 | 07965 | FMC(VBKx) | Joe Stewart v. Redline Recovery Services, LLC et al |
| CV | 09 | 07975 | FMC(RZx) | Roger McAllister v. Systems Services & Technologies |
| CV | 09 | 08014 | FMC(DTBx) | Maria Sibrian et al v. San Bernardino County et al |
| CV | 09 | 08033 | FMC(AJWx) | Lesa Nichols v. Life Insurance Company of North America et al |
| CV | 09 | 08035 | FMC(PLAx) | HSBC Bank USA, N.A. v. Francisco Cuellar et al |
| CV | 09 | 08064 | FMC(JC) | Lawrence C. Pearson v. Larry Small |
| CV | 09 | 08077 | FMC(CWx) | Paul Eckhardt v. Bayer Corporation et al |
| CV | 09 | 08081 | FMC(FFMx) | Gregory Wagner v. Bayer Corporation et al |
| CV | 09 | 08117 | FMC(AJWx) | Linda Durst v. Bertram Fields et al |
| CV | 09 | 08142 | FMC(CWx) | Jose Fernando Gonzalez v. Mortgage Lenders Network USA, Inc et al |
| CV | 09 | 08152 | FMC(PJWx) | LA Printex Industries, Inc. v. The Buckle, Inc. et al |
| CV | 09 | 08175 | FMC(JCx) | The Boards of Directors of the Motion Picture Industry Pension Plan et al v. Box Fresh Pictures Inc. |
| CV | 09 | 08202 | FMC(MANx) | Earnestine Jeffries v. Target Corporation et al |
| CV | 09 | 08220 | FMC(JCx) | Megan Herring v. GC Services |
| CV | 09 | 08231 | FMC(Ex) | Fadi Saad v. United States Department of Homeland Security et al |
| CV | 09 | 08263 | FMC(PJWx) | Lynne Jones et al v. US Citizenship and Immigration Services et al |

| | | | |
|---|---|---|---|
| CV | 09 | 08288 | FMC(AJWx) | Edward Smith et al v. Farmers Group, Inc. Employees Profit Sharing Savings Plan Trust et al |
| CV | 09 | 08383 | FMC(SSx) | Mad Dogg Athletics, Inc. v. Nautilus Inc. |
| CV | 09 | 08404 | FMC(PJWx) | Carla De Pomar v. Equifirst Corporation et al |
| CV | 09 | 08424 | FMC(RCx) | Tressie Nickelberry v. Ventura County Probation Agency, et al. |
| CV | 09 | 08427 | FMC(SS) | Joe Baby Burnell et al v. Fernando Gonzalez et al |
| CV | 09 | 08475 | FMC(FFM) | Nancy Ann Booye v. Michael J. Astrue |
| CV | 09 | 08487 | FMC(RZx) | Star Fabrics, Inc. v. Kaktus Sportswear, Inc. et al |
| CV | 09 | 08511 | FMC(RZx) | Maryestelle Gwin v. United States of America et al |
| CV | 09 | 08585 | FMC(AJWx) | Coach Services, Inc. v. Neo International Corp. et al |
| CV | 09 | 08626 | FMC(JCx) | MM USA, Inc. v. Montova Produce Co., Inc. et al |
| CV | 09 | 08628 | FMC(FFMx) | Shirley Campbell Crawford v. Homewide Lending Corporation et al |
| CV | 09 | 08649 | FMC(JEM) | Jesse Ochoa v. Harrington |
| CV | 09 | 08651 | FMC(PLAx) | Taylor Morrison Inc et al v. American International Specialty Lines Insurance Company |
| CV | 09 | 08659 | FMC(OP) | Joel Martinez v. Matthew Cate |
| CV | 09 | 08722 | FMC(PLAx) | Rosaura Hernandez v. Omni Hotels Management Corporation et al |
| CV | 09 | 08730 | FMC(RCx) | Gonzalo Padilla v. Young's Market Company, LLC |
| CV | 09 | 08739 | FMC(JEMx) | Barney Carnagey v. Perris Union High School District et al |
| CV | 09 | 08771 | FMC(RZx) | Renee Mantica v. American Law Department |
| CV | 09 | 08891 | FMC(AGRx) | Grace Kang v. Bank of America Home Loans Servicing, LP et al |
| CV | 09 | 08917 | FMC(JC) | Eugene H. Ward v. Ron Barnes |
| ED | 03 | 00624 | FMC(CW) | Darrell Castleberry, et al v. Gail Lewis |
| ED | 06 | 00384 | FMC(OPx) | Ernie Ball Inc v. Earvana |
| ED | 06 | 00539 | FMC(VBK) | Jeffrey Paul Perrotte v. J Salazar |
| ED | 07 | 01031 | FMC(VBK) | Jeffry P. Perrotte v. M Muntz et al |
| ED | 07 | 01157 | FMC(PJW) | Thomas J. Ramey II v. V. Almager |

| | | | |
|---|---|---|---|
| ED | 08 00123 | FMC(VBK) | Jeffrey Paul Perrotte v. J. Salazr |
| ED | 08 00411 | FMC(CW) | Mackey v. Yates |
| ED | 08 00456 | FMC(VBK) | Vincent John Smith v. Board of Parole Hearings et al |
| ED | 08 00542 | FMC(FFM) | Robert Damjanovic v. D K Sisto |
| ED | 08 00914 | FMC(PJW) | Johnnie B. Chagolla v. Fernando Gonzalez |
| ED | 08 00922 | FMC(AGR) | Robert Allen Harden v. Robert Hernandez |
| ED | 08 00983 | FMC(FFM) | Vicente A. Alvarez v. People of the State of California |
| ED | 08 01061 | FMC(VBK) | Jeffrey Perrotte v. Derral G Adams |
| ED | 08 01291 | FMC(JWJx) | Walter L. Ellis v. Central Refrigerated Services Inc |
| ED | 08 01353 | FMC(FFM) | Prentice D. Jones v. A. Hedpath |
| ED | 08 01457 | FMC(AGR) | Gary Wayne Smith v. Larry Small |
| ED | 08 01920 | FMC(FFM) | Jerry Cobb v. Kathy Mendoza-Powers |
| ED | 09 00944 | FMC(E) | Darrin Stacy Jones v. Nurse (Name Unknown) et al |
| ED | 09 01025 | FMC(VBK) | Melvin Hodge v. Larry Scribner |
| ED | 09 01167 | FMC | United States of America v. Marchan Moreno Fidel |
| ED | 09 01283 | FMC(VBK) | Vincent John Smith v. Board of Parole Hearings et al |
| ED | 09 01664 | FMC(OP) | Kevin LeJon Baker v. Mathew Cate |
| ED | 09 01828 | FMC(SS) | Mohammad Hassan Alsyouf v. Michael J. Astrue |
| ED | 09 01838 | FMC(VBK) | Orienthal D. Liggins v. Rod Hoops et al |
| ED | 09 01977 | FMC(AGR) | Harry James Burdick et al v. J.L. Norwood et al |
| ED | 09 02005 | FMC(OP) | Robert McDaniel v. The People of the State of California |
| ED | 09 02080 | FMC(RNB) | Richard Mason v. Michael J. Astrue |
| ED | 09 02093 | FMC(SS) | Cynthia Christian Jarrett v. San Bernardino County Jail |
| ED | 09 02182 | FMC(MAN) | Christina Palos v. Michael J Astrue |
| SA | 06 00858 | FMC(OP) | Phuc Quoc Ly v. Robert A Horel |
| SA | 06 00935 | FMC(FFM) | Sinohui v. Almager |
| SA | 07 00098 | FMC(MAN) | Sonny Joshua Wong v. Charles Harrison |
| SA | 07 01410 | FMC(VBK) | Vo v. Hedgpeth |
| SA | 08 00313 | FMC(VBK) | Young v. AT & T Mobility LLC et al |
| SA | 08 00420 | FMC(VBKx) | Lawtis Donald Rhoden v. Michael S Carona et al |
| SA | 08 00462 | FMC(PJW) | Ching Vuong v. Michael J. Astrue |

Order of the Chief Judge                                                                                    Page 15
In Re: Creation of Calendar
of Judge Jacqueline Hong-Ngoc Nguyen

| | | | |
|---|---|---|---|
| SA | 08 01056 | FMC(JC) | Cervantes-Tamayo v. People |
| SA | 09 00489 | FMC(MANx) | St Paul Surplus Lines Insurance Company v. Baldwin Racing Inc et al |
| SA | 09 00777 | FMC | IN RE James C Gianulias et al |
| SA | 09 01008 | FMC(RC) | Bowen v. Clay et al |
| SA | 09 01024 | FMC(ANx) | Myers Investment Company v. Size Control Plating Company et al |
| SA | 09 01057 | FMC(PJWx) | Danny Lee v. U S Bank National Association et al |
| SA | 09 01115 | FMC(E) | Stephen Menchaca v. John F Salazar |
| SA | 09 01129 | FMC(MLGx) | United States of America v. One Blue Nissan Skyline et al |
| SA | 09 01243 | FMC(AGR) | Jennifer Roberson v. Michael J Astrue |
| SA | 09 01259 | FMC(SS) | Karen D. Kennedy v. Michael J. Astrue |
| SA | 09 01356 | FMC(RZ) | Juan Pablo Becerra v. Larry Small |
| SA | 09 01361 | FMC(CW) | Angel Montero Avila v. James A. Yates |

DATED: December 16, 2009

_____
Acting Chief Judge George H. King